IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SANCILIO PHARMACEUTICALS COMPANY, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-11333 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 6/21/2018 at 4:00 p.m.**<br>**Hearing Date: 6/28/2018 at 2:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 5, 2018, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bid Procedures and Bid Protections Relating to the Sale of All or Substantially All of the Debtors' Assets, (B) Establishing Procedures in Connection with the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Approving Notice Procedures, and (D) Granting Related Relief* (the "**Bid Procedures Motion**"); *and (II)(A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief* [Docket No. 24] (the "**Sale Motion**") with the U.S. Bankruptcy Court for the District of Delaware (the "**Court**"). You are being served a copy of the Motion with this Notice.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Bid Procedures Motion must be filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **JUNE 21, 2018, AT 4:00 P.M.**

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Sancilio Pharmaceuticals Company, Inc., 2129 N. Congress Avenue, Riviera Beach, FL 33404 (3353); Sancilio & Company, Inc., 2129 N. Congress Avenue, Riviera Beach, FL 33404 (7166); Blue Palm Advertising Agency, LLC, 2129 N. Congress Avenue, Riviera Beach, FL 33404 (n/a).

**PREVAILING EASTERN TIME**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) counsel to the Debtors: (i) Greenberg Traurig, LLP, The Nemours Building, 1007 N. Orange Street, Suite 1200, Wilmington Delaware, 19801, Attn: Dennis A. Meloro, and Greenberg Traurig, LLP, 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131, Attn: Paul J. Keenan Jr.; (b)(i) counsel to the DIP Agent, DIP Lenders and Prepetition Secured Parties: Hogan Lovells US LLP, 875 Third Avenue, New York, New York 10022, Attn: Deborah K. Staudinger, Peter A. Ivanick, and Christopher R. Bryant, and (ii) Delaware counsel to the DIP Agent, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19801, Attn: Eric D. Schwartz and Matthew B. Harvey; (c) counsel to K.D. Pharma Bexbach GmbH, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, Attn: Adrienne K. Walker and Kaitlin R. Walsh; (d) counsel to any Committee, as indicated in the docket of the Chapter 11 Cases; and (e) the Office of the United States Trustee (Region 3), J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Attn: Mark Kenney, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE BID PROCEDURES MOTION WILL BE HELD ON **JUNE 28, 2018 AT 2:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: June 7, 2018 | GREENBERG TRAURIG, LLP |
| | */s/ Dennis A. Meloro* |
| | Dennis A. Meloro (DE Bar No. 4435) |
| | 1007 North Orange Street, Suite 1200 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 661-7000 |
| | Facsimile: (302) 661-7360 |

2

Email: melorod@gtlaw.com

-and-

Paul J. Keenan Jr. (*pro hac vice* pending)
John R. Dodd (*pro hac vice* pending)
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: keenanp@gtlaw.com
　　　  doddj@gtlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*