**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| SANCILIO PHARMACEUTICALS | : | Case No. 18-11333 (CSS) |
| COMPANY, INC, *et al.* | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| ---------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Medpace, Inc.**, Attn: Stephen P. Ewald, 5375 Medpace Way, Cincinnati, OH 45227, Phone: 513-579-9911 Ext. 12055, Fax: 513-579-0444

2. **Grant Thornton LLP**, Attn: Rob Vanderbeek, 757 3rd Avenue, New York, NY 10017, Phone: 212-542-9748, Fax: 212-370-4520

3. **Organic Technologies**, Attn: Michael Leman, 545 Walnut Street, Coshocton, OH 43812, Phone: 740-622-0755, Fax: 740-622-3231


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ Mark Kenney for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 3, 2018

Attorney assigned to this Case: Mark Kenney,  Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Dennis Meloro, Esq., Phone 302-661-7000